IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-18 (MTT) |
| | ) |
| DE'SHAUN TYRIK TIDWELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 33. Defendant was indicted on April 14, 2021 and had his arraignment in this Court on April 27, 2021. Docs. 1; 13. Three prior continuances have been granted. Docs. 24; 28; 31. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow for the completion of discovery review, investigations, and plea negotiations. Doc. 33 at 2. The government does not oppose the motion. *Id.* at 1

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 33) is **GRANTED**. The case is continued from the August term until the Court's next trial term presently scheduled for **September 13, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT